UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GANLIN YAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ALEJANDRO MAYORKAS, et al.,<br><br>　　　　Defendants. | Case No.  23-cv-06622-LJC<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED** |

　　　Plaintiff Galin Yan, pro se, filed this action on December 27, 2023 seeking adjudication of Plaintiff's application for asylum.  Plaintiff has not filed a proposed summons, and it does not appear from the docket that summons has been issued or that Defendant have been served.

　　　"If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time."  Fed. R. Civ. P. 4(m).  The ninety-day deadline expired on March 26, 2024.  Plaintiff is therefore ORDERED TO SHOW CAUSE why this action should not be dismissed without prejudice for failure to serve Defendants and for failure to prosecute, by filing a response to this order no later than April 26, 2024.

　　　If Plaintiff responds by that date and confirms that Plaintiff intends to pursue this action, the Court will extend the deadline to complete service by an additional ninety days from the original deadline.  If Plaintiff believes additional time beyond that ninety-day extension is needed, the Court will consider a request to set a later deadline.  If Plaintiff does not file a response by April 26, 2024, this case will be reassigned to a district judge with a recommendation that the case be dismissed for failure to serve and for failure prosecute.

　　　If Plaintiff continues to pursue this case without an attorney, Plaintiff is encouraged to contact the Legal Help Center at (415) 782-8982 or fedpro@sfbar.org to make an appointment for

assistance. Lawyer at the Legal Help Center can provide basic assistance to parties representing themselves but cannot provide legal representation. The Legal Help Center might not be able to offer substantive advice on issues related to immigration but can likely provide assistance with procedural matters.

**IT IS SO ORDERED.**

Dated: April 5, 2024

LISA J. CISNEROS
United States Magistrate Judge