UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GANLIN YAN,<br><br>        Plaintiff,<br><br>    v.<br><br>ALEJANDRO MAYORKAS, et al.,<br><br>        Defendants. | Case No. 23-cv-06622-LJC<br><br>**ORDER EXTENDING TIME TO COMPLETE SERVICE AND DISCHARGING ORDER TO SHOW CAUSE**<br><br>Re: Dkt. Nos. 4, 8 |

The Court previously ordered Plaintiff Ganlin Yan, who is proceeding without a lawyer, to show cause why this case should not be dismissed for failure to complete service within the time allowed by Rule 4(m) of the Federal Rules of Civil Procedure. ECF No. 4. The Order to Show Cause indicated that if Plaintiff filed a timely response confirming Plaintiff's intent to pursue this case, the Court would extend time for service by ninety days from the original deadline.

Plaintiff filed a response indicating that Plaintiff had not understood the requirement to complete service but intends to proceed with the case. ECF No. 8. Accordingly, the deadline to complete service is CONTINUED to June 24, 2024, and the order to show cause is DISCHARGED.

The Court notes that although the docket now indicates that summons has been issued, Plaintiff has not yet filed proof of service. Plaintiff is encouraged to contact the Legal Help Center at (415) 782-8982 or fedpro@sfbar.org to make an appointment for assistance if Plaintiff has not already done so. Lawyer at the Legal Help Center can provide basic assistance to parties representing themselves but cannot provide legal representation and might not be able to provide substantive advice regarding specialized immigration issues.

**IT IS SO ORDERED.**

Dated: May 10, 2024

LISA J. CISNEROS  
United States Magistrate Judge