ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7298
Facsimile: (415) 436-6748
Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GANLIN YAN,<br><br>                    Plaintiff,<br><br>      v.<br><br>ALEJANDRO MAYORKAS, in his official capacity as Secretary of U.S. Department of Homeland Security, *et al.*,<br><br>                    Defendants. | C 3:23-cv-06622-LJC<br><br>**STIPULATION TO EXTEND TIME WITHIN WHICH DEFENDANTS MUST FILE A RESPONSE AND ORDER** |

The parties, through their undersigned attorneys, hereby stipulate to an extension of time within which the Defendants must serve its answer or otherwise respond in the above-entitled action. Defendants will file their response on or before July 24, 2024.  United States Citizenship and Immigration Services is reviewing Plaintiff's claim and needs additional time to review the application.

The parties further request a corresponding extension on the deadline for filing a summary judgment motion under the Court's Immigration Mandamus Procedural Order. Dkt. No. 2.  In light of the agreed-upon extension for Defendants' response to the Complaint, Defendants must file their motion for summary judgment by September 23, 2024.  In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stip to Stay Proceedings
C 3:23-cv-06622-LJC                                     1

Dated: June 24, 2024                              Respectfully submitted[1],

                                                                  ISMAIL J. RAMSEY
                                                                  United States Attorney

                                                                  */s/ Elizabeth Kurlan*
                                                                  ELIZABETH D. KURLAN
                                                                  Assistant United States Attorney
                                                                  Attorneys for Defendants

Dated: June 24, 2024

                                                                 */s/ Guanlin Yan*
                                                                 GUANLIN YAN
                                                                Pro Se Plaintiff

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: June 26, 2024

                                                                 HON. LISA J. CISNEROS
                                                                 United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed below concur in the filing of this document.